ANTHONY TIMONY, as Administrator, etc., Respondent, *v.* THE BROOKLYN CITY AND NEWTOWN RAILROAD COMPANY, Appellant.

(Argued March 21, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made November 26, 1894, which affirmed a judgment in favor of plaintiff

entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.